UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-3860
_____

DAVID W. COVELL; MARGARET COVELL, Plenary Guardians of the Person of
David F. Covell,
Appellants

v.

BELL SPORTS, INC.; EASTON-BELL SPORTS, INC.; PERFORMANCE, INC.

v.

MICHAEL KENIG; ARCHDIOCESE OF PHILADELPHIA.

_____

BEFORE:  HARDIMAN, ALDISERT, <u>Circuit Judges</u> and RESTANI*, <u>Judge</u>
_____

**ORDER TO AMEND THE OPINION**
_____

In the precedential opinion for the case above, each appearance of the word
"certiorari" in reference to the Supreme Court of Pennsylvania shall be replaced with the
word "allocatur." Accordingly, an amended opinion that includes such changes shall be
filed.

BY THE COURT:

/s/ Ruggero J. Aldisert
United States Circuit Judge

DATED: July 14, 2011
tmm/cc: All counsel/parties of record

_____

* Honorable Jane A. Restani, Judge of the United States Court of International Trade,
sitting by designation.